# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 30, 2024

Lyle W. Cayce
Clerk

————————

No. 23-60369
Summary Calendar

————————

AKECHETA MORNINGSTAR, PH.D,

*Plaintiff—Appellant*,

*versus*

ST. DOMINIC-JACKSON MEMORIAL HOSPITAL; DR. SAGAR PATEL; GLOBAL MEDICAL RESPONSE,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-410

_____

Before JONES, HIGGINSON, and HO, *Circuit Judges*.

PER CURIAM:[*]

Akecheta Morningstar, PH.D., seeks leave to proceed in forma pauperis (IFP) on appeal. He argues that the district court erred in dismissing his complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), and in denying his motion for leave to amend his complaint. Because Morningstar has not demonstrated that he will raise a

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-60369

nonfrivolous issue on appeal, his motion to proceed IFP is DENIED. *See* Fed. R. App. P. 24(a); *Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997). Because the appeal is frivolous, it is DISMISSED. *See Baugh*, 117 F.3d at 202 n.24; 5th Cir. R. 42.2. Morningstar's motions to void the district court's order dismissing his complaint and to recuse certain judges of this court are DENIED.